UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Larry R. Noble, | Civil No. 08-3349 (PAM/JJK) |
| Petitioner, | |
| v. | **ORDER** |
| Carlson, | |
| Respondent. | |

_____

The above matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Jeffrey J. Keyes dated July 7, 2008. The R&R recommended denying Petitioner's Application for a Writ of Habeas Corpus because it was barred by the one-year statute of limitations set forth in 28 U.S.C. §2244(d). No objections to the R&R were filed in the time period allowed. However, Petitioner did file an Amended Application for a Writ of Habeas Corpus dated July 18, 2008. Even broadly construing the amended application as an Objection to the R&R, the Court finds nothing relevant to the statute of limitations issue. Accordingly, based on the R&R and the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner's Application for a Writ of Habeas Corpus (Docket No. 1) is **DENIED**; and

2. This matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 6, 2008                    *s/Paul A. Magnuson*
                                          Paul A. Magnuson
                                          United States District Judge